UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE M DUPUIS et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ZILLOW GROUP INC et al., <br><br> Defendant(s). | CASE NO. 3:26−cv−05049−JHC <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear the cause number 3:26−cv−05049−JHC and bear the Judge's name in the upper right hand corner of the document.

DATED March 13, 2026

Joshua C. Lewis
Clerk of Court

By:  /s/ Kelly A Miller
Deputy Clerk