The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE M. DUPUIS and SOUND MUSIC I INC., individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., ZILLOW HOME LOANS, LLC, ZILLOW HOMES, INC., ZILLOW LISTING SERVICES, INC.<br><br>         Defendants. | Case No.  3:26-cv-05049-JLR<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES & STAYING DISCOVERY AND CASE MANAGEMENT DEADLINES<br><br>NOTE ON MOTION CALENDAR: MARCH 31, 2026 |

**STIPULATION**

The Parties, by and through their counsel, stipulate as follows:

1. The Parties met and conferred and agree that a stay of discovery until the Court rules on Defendants' pending Motion to Dismiss (Dkt. No. 19), or on a subsequent motion to dismiss should Plaintiffs amend their Complaint under Fed. R. Civ. P. 15(a), would facilitate efficient resolution of this matter.

2. The Parties further have agreed to a modification of current deadlines as follows:

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES - 1
Case No. 3:26-cv-05049-JLR

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file Opposition to Motion to Dismiss or Amend Under Fed. R. Civ. P. 15(a) | April 13, 2026 | May 4, 2026 |
| Deadline for Defendants' Reply in support of Motion to Dismiss | April 20, 2026 | May 26, 2026 |
| Hearing on Motion to Dismiss | April 20, 2026 | To be set by the Court after briefing is completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order that:

1.      The deadline for Plaintiffs to respond to Defendants' Motion to Dismiss or to file an amended complaint is May 4, 2026.

2.      The deadline for Defendants' reply in support of the pending Motion to Dismiss, in the event that Plaintiffs oppose the Motion, is May 26, 2026.

3.      Discovery and case management deadlines shall be stayed until the Court's ruling on Defendants' pending Motion to Dismiss, or on a subsequent motion to dismiss if Plaintiffs amend their Complaint under Fed. R. Civ. P. 15(a).

IT IS SO STIPULATED.


DATED this 31st day of March, 2026.

KELLER ROHRBACK L.L.P.


By: */s/ Ryan McDevitt*
Ryan McDevitt, WSBA #43305
Samuel L. Rubinstein, WSBA #64605
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
rmcdevitt@kellerrohrback.com
srubinstein@kellerrohrback.com

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES - 2
Case No. 3:26-cv-05049-JLR

*Attorneys for Plaintiffs*

WILSON SONSINI GOODRICH & ROSATI P.C.

By: */s/ Nicholas R. Sidney*
    Nicholas R. Sidney, WSBA #54982
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Telephone: (206) 883-2500
    Email: nsidney@wsgr.com

    Beau W. Buffier (*pro hac vice*)
    31 West 52nd Street, Fifth Floor
    New York, New York 10019-6118
    Telephone: (212) 999-5800
    Facsimile: (866) 974-7329
    Email: bbuffier@wsgr.com

    Bonnie Lau (*pro hac vice*)
    One Market Plaza, Spear Tower, Suite 3300
    San Francisco, California 94105
    Telephone: (415) 947-2000
    Facsimile: (866) 974-7329
    Email: blau@wsgr.com

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES - 3
Case No. 3:26-cv-05049-JLR

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall re-note the Motion to Dismiss (Dkt. No. 19) to May 26, 2026. Discovery and case management deadlines are stayed until the Court's ruling on Defendants' pending Motion to Dismiss, or on a subsequent motion to dismiss if Plaintiffs amend their Complaint under Fed. R. Civ. P. 15(a).


Dated: _____          _____

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES - 4
Case No. 3:26-cv-05049-JLR

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384