The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE M. DUPUIS and SOUND
MUSIC I INC., BRIAN GRAHAM, AND
ANNA ALVAREZ, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

ZILLOW GROUP, INC., ZILLOW, INC.,
ZILLOW HOME LOANS, LLC, ZILLOW
HOMES, INC., ZILLOW LISTING
SERVICES, INC.

Defendants.

Case No.  3:26-cv-05049-JLR

JOINT STIPULATION AND
[PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING
SCHEDULE

NOTE ON MOTION CALENDAR:
May 5, 2026

**STIPULATION**

The Parties, by and through their counsel, stipulate as follows:

1.      On May 4, 2026, Plaintiffs filed an Amended Complaint (Dkt. 27) pursuant to the

deadlines set forth in the Parties' stipulation and resulting Court Order (Dkt. 25) regarding

Defendants' then-pending Motion to Dismiss the original Complaint (Dkt. 19).

2.      Defendants will move to dismiss the Amended Complaint.

JOINT STIPULATION AND [PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING SCHEDULE - 1
Case No. 3:26-cv-05049-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

3.     The Parties met and conferred on May 5, 2026, and agreed to modify the standard deadlines governing responses to an amended pleading, Fed. R. Civ. P. 15(a)(3) and LCR 7(d)(4), to facilitate efficient resolution of this matter.

4.     Subject to the Court's approval, the Parties have agreed to the following briefing schedule for Defendants' Motion to Dismiss Amended Complaint:

| Event | Proposed Deadline |
| --- | --- |
| Deadline for Defendants to file Motion to Dismiss | June 1, 2026 |
| Deadline for Plaintiffs to file Response to Motion to Dismiss | June 29, 2026 |
| Deadline for Defendants to file Reply in support of Motion to Dismiss | July 13, 2026 |
| Hearing on Motion to Dismiss | To be set by the Court after briefing is completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that:

1.     The deadline for Defendants to file a Motion to Dismiss Plaintiffs' Amended Complaint is June 1, 2026.

2.     The deadline for Plaintiffs' Response is June 29, 2026.

3.     The deadline for Defendants' Reply is July 13, 2026.

4.     Per the Court's Order (Dkt. 25), discovery and case management deadlines remain stayed until the Court's ruling on a subsequent motion to dismiss.

IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING SCHEDULE - 2
Case No. 3:26-cv-05049-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

DATED this 5th day of May, 2026.

WILSON SONSINI GOODRICH & ROSATI P.C.

By: */s/ Nicholas Sidney*
Nicholas R. Sidney, WSBA #54982
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: nsidney@wsgr.com

Beau W. Buffier (*pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019-6118
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Bonnie Lau (*pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: blau@wsgr.com

*Attorneys for Defendants*

KELLER ROHRBACK L.L.P.

By: */s/ Ryan McDevitt*
Ryan McDevitt, WSBA #43305
Samuel L. Rubinstein, WSBA #64605
Nicandro Iannacci, WSBA #64636
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
rmcdevitt@kellerrohrback.com
srubinstein@kellerrohrback.com
niannacci@kellerrohrback.com

*Attorneys for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING SCHEDULE - 3
Case No. 3:26-cv-05049-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

# [PROPOSED] ORDER

1.      The deadline for Defendants to file a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 27) is June 1, 2026.

2.      The deadline for Plaintiffs' Response is June 29, 2026.

3.      The deadline for Defendants' Reply is July 13, 2026.

4.      Per the Court's Order (Dkt. 25), discovery and case management deadlines remain stayed until the Court's ruling on a subsequent motion to dismiss.

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 6th day of May, 2026

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by*:

WILSON SONSINI GOODRICH & ROSATI P.C.

By: */s/ Nicholas Sidney*
Nicholas R. Sidney, WSBA #54982
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: nsidney@wsgr.com

Beau W. Buffier (*pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019-6118
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Bonnie Lau (*pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: blau@wsgr.com

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING SCHEDULE - 4
Case No. 3:26-cv-05049-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

KELLER ROHRBACK L.L.P.

By: */s/ Ryan McDevitt*
    Ryan McDevitt, WSBA #43305
    Samuel L. Rubinstein, WSBA #64605
    Nicandro Iannacci, WSBA #64636
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101-3268
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    rmcdevitt@kellerrohrback.com
    srubinstein@kellerrohrback.com
    niannacci@kellerrohrback.com

*Attorneys for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING
MOTION TO DISMISS BRIEFING SCHEDULE - 5
Case No. 3:26-cv-05049-JLR

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500